**Order filed, October 08, 2014.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

——————

**NO. 14-14-00738-CV**

——————

**DAVID CASH MOORE, Appellant**

**V.**

**SHARON D. ALLEN, ET AL, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 73303I**

---

## ORDER

The reporter's record in this case was due **September 19, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jill Friedrichs**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM